TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

FILED

2026 MAR 25  PM 3: 51

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-26-01291-TUC-RM-JEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>1. Carlos Zazueta,<br>   (Counts 1 and 2)<br><br>2. David Zazueta,<br>   (Count 1)<br><br>3. Fred Christopher Cabarle, Jr.,<br>   a/k/a CJ<br>   (Count 1)<br><br>4. James Powers,<br>   (Count 1)<br><br>                    Defendants. | **I N D I C T M E N T**<br><br><u>VIOLATIONS</u>:<br><br>18 U.S.C. § 924(h)<br>(Conspiracy to Transfer and Receive Firearms to be Used in a Felony)<br>**Count 1**<br><br>18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>**Count 2** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

1.    From a date unknown to on or about December 2023, in the District of Arizona and elsewhere, **Carlos Zazueta, David Zazueta, Fred Christopher Carbarle, Jr. a/k/a CJ**, and **James Powers** did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to knowingly transfer and receive firearms, knowing or having reasonable cause to believe that those firearms would be used to commit a felony, to wit: Title 18 United States Code

Section 554(a) (Smuggling Goods from the United States).

All in violation of Title 18, United States Code, Section 924(h)

## MANNER AND MEANS OF THE CONSPIRACY

2. Beginning at a date unknown and continuing up to and including December 2023, **Carlos Zazueta, David Zazueta, Fred Christopher Cabarle, Jr. a/k/a CJ**, and **James Powers**, entered in an agreement with each other, and others known and unknown to the grand jury (hereinafter the "Conspirators"), to transfer and receive firearms, knowing or having reasonable cause to believe that those firearms were being transferred and received for purposes of being smuggled into the Republic of Mexico from the United States, a felony pursuant to 18 U.S.C. § 554(a).

3. The Conspirators furthered the aims of the conspiracy by purchasing and receiving firearms themselves, or having another person, or "straw purchaser" purchase firearms and then transfer that firearm to another Conspirator.

4. The Conspirators communicated via cellular devices to further the aims of the conspiracy. These communications included voice calls, voice messages, and frequent use of an encrypted messaging application (WhatsApp). The Conspirators discussed the firearms to be acquired, what monies were owed, when and where firearms would be received and transferred, pictures of firearms and accessories to be transferred, and how firearms would be smuggled into the Republic of Mexico. To facilitate reception and transfer of the firearms conspirators shared contact information for each other amongst the Conspirators.

## OVERT ACTS

5. In furtherance of the conspiracy and to effect the objects thereof, the Conspirators and others known and unknown performed the overt acts as alleged in Count 2 of this Indictment, specifically incorporated here, as well as other overt acts in the District of Arizona and elsewhere, including acts described in the above paragraphs of this Indictment, and also, but not limited to:

6. On April 5, 2022, **David Zazueta** purchased a Glock model 17 9mm pistol from Tombstone Tactical.

7. On April 8, 2022, **David Zazueta** purchased a Taurus G3XL 9mm pistol and a Glock Model 22 .40 caliber pistol from North Phoenix Pawn.

8. On April 12, 2022, Straw Purchaser #1 purchased two Glock handguns from Liberty Pawn Shop, Tucson, Arizona. **David Zazueta** later received these handguns from Straw Purchaser #1.

9. On April 19, 2022, **David Zazueta** purchased a Glock model 45 9mm pistol from North Phoenix Pawn.

10. On May 14, 2022, Straw Purchaser #1 purchased a Riley Defense Manufacturing AK-47 pattern semiautomatic rifle from SNG Tactical. **David Zazueta** later received the rifle from Straw Purchaser #1.

11. On August 17, 2022, **James Powers** and **Fred Christopher Cabarle, Jr. a/k/a CJ** purchased and received three Glock model 19 9mm pistols and one AK-47 pattern semi-automatic rifle from Catalina Pawn, Tucson, Arizona.

12. On August 18, 2022, **James Powers** and **Fred Christopher Cabarle, Jr. a/k/a CJ** and purchased and received two (2) Pioneer Arms AK-47 semi-automatic rifles from Catalina Pawn. On that same day **Carlos Zazueta** received one of the Pioneer Arms AK-47 rifles purchased by **James Powers** and **Fred Christopher Cabarle, Jr. a/k/a CJ** and attempted to smuggle that rifle into the Republic of Mexico. Officers from Customs and Border Protection performing and outbound search on **Carlos Zazueta**, seized the rifle. Officers also seized from **Carlos Zazueta** a cellular device, which was later searched revealing evidence of weapons acquisition and smuggling.

## COUNT 2

13. On or about August 18, 2022, in the District of Arizona, **Carlos Zazueta** knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of

such merchandise, article or object, that is: a Pioneer Arms AK-47 pattern semi-automatic rifle and a 30 round AK-47 magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 25, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
KEVIN D. SCHIFF
Assistant U.S. Attorney